Commonwealth *v.* Clark, Appellant.

Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

650

*Caram J. Abood,* Public Defender, for appellant.

*Blair V. Pawlowski* and *Thomas A. Swope, Jr.,* Assistant District Attorneys, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 3, 1968:

The petition for allocatur is granted. The Order of the Superior Court is reversed. The Order of the Court of Oyer and Terminer of Cambria County is vacated, and the record is remanded to that court with instructions to hold an evidentiary hearing in accordance with *Commonwealth v. Sapp,* 428 Pa. 377, 238 A. 2d 208 (1968), and *Commonwealth v. Stokes,* 426 Pa. 265, 232 A. 2d 193 (1967).